IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE ANGEL ESCALANTE,

    Plaintiff,                       No. CIV S-11-1508 JAM GGH P

    vs.

E. UHREN, et al.,

    Defendants.                  <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se, who seeks relief pursuant to 42 U.S.C. § 1983. Defendants removed this case from state court and filed a motion to dismiss, pursuant to F.R.C.P. 12(b)(6). Plaintiff filed a non-opposition to the motion to dismiss and requested leave to file an amended complaint.

        The motion to dismiss will be granted, and plaintiff may file an amended complaint within 28 days of service of this order. Failure to file an amended complaint will result in a recommendation that this action be dismissed.

        In accordance with the above, IT IS HEREBY ORDERED that the motion to dismiss (Doc. 7) is granted as is plaintiff's motion (Doc. 11). Plaintiff's complaint is dismissed, with leave to file an amended complaint within twenty-eight days from the date of service of this

////

1

1  Order. Failure to file an amended complaint will result in a recommendation that this action be
2  dismissed.
3  DATED: June 30, 2011

/s/Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
esca1508.ord