1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MIKE ANGEL ESCALANTE,

11           Plaintiff,                    No. CIV S-11-1508 JAM GGH P
        vs.

12

13  E. UHREN, et al.,

14

15           Defendants.              ORDER
   _____/

16           Plaintiff is a state prisoner proceeding pro se.  He seeks relief pursuant to 42

17  U.S.C. § 1983.  Plaintiff filed an amended complaint on August 3, 2011, and defendants filed an

18  answer and a motion to dismiss on August 17, 2011.  However, the amended complaint did

19  contain cognizable claims and the court issued a screening order dismissing the complaint with

20  leave to amend.  Therefore, the motion to dismiss is vacated, but may be re-noticed if plaintiff

21  files a second amended complaint.

22  ////

23  ////

24  ////

25  ////

26  ////

1    Accordingly, IT IS HEREBY ORDERED that defendants' August 17, 2011,

2    motion to dismiss (Doc. 16) is vacated but may be re-noticed if plaintiff files a second amended

3    complaint.

4    DATED: September 13, 2011

5                                                    /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE
6

GGH: AB
7    esca1508.ord2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26