1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MIKE ANGEL ESCALANTE,

11              Plaintiff,                No. CIV S-11-1508 JAM GGH P
         vs.
12

13   E. UHREN, et al.,

14

           Defendants.                ORDER
15   _____/

16          Plaintiff is a state prisoner proceeding pro se.  He seeks relief pursuant to 42

17   U.S.C. § 1983.  On October 17, 2011, the undersigned filed findings and recommendations that

18   this action be dismissed without leave to amend as it was <u>Heck</u> barred, though plaintiff could of

19   course re-file the case if his conviction was invalidated, expunged or reversed.

20          On November 3, 2011, plaintiff filed a notice voluntary dismissal.  Within 7 days

21   defendants may file an opposition to this case being voluntarily dismissed pursuant to Rule 41(a).

22   If defendants choose not to file a response, the undersigned will construe that as non-opposition.

23   DATED: November 14, 2011

24                               /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE
25

     GGH: AB
26   esca1508.ord4

                                    1