IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE ANGEL ESCALANTE,

        Plaintiff,                       No. CIV S-11-1508 JAM GGH P

   vs.

E. UHREN, et al.,

        Defendants.           ORDER

/

        Plaintiff is a state prisoner proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983. On October 17, 2011, the undersigned filed findings and recommendations that this action be dismissed without leave to amend as it was <u>Heck</u> barred, though plaintiff could of course re-file the case if his conviction was invalidated, expunged or reversed.

        On November 3, 2011, plaintiff filed a notice voluntary dismissal. Within 7 days defendants may file an opposition to this case being voluntarily dismissed pursuant to Rule 41(a). If defendants choose not to file a response, the undersigned will construe that as non-opposition.

DATED: November 14, 2011

                              /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH: AB
esca1508.ord4

1