IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE ANGEL ESCALANTE,

       Plaintiff,                    No. CIV S-11-1508 JAM GGH P

   vs.

E. UHREN, et al.,

       Defendants.          ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed pursuant to Fed. R. Civ. P. 41(a), and defendants do not oppose the motion.

       Accordingly IT IS HEREBY ORDERED that:

       1. The findings and recommendations filed on October 17, 2011, (Doc. 25) are vacated; and

       2. The clerk of the court is directed to close this case.

DATED: December 12, 2011

                             /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH: AB
esca1508.dis